IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Allergy Partners, P.A., | ) | Civil Action No. 6:16-cv-00089-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT RULE 26(f) REPORT** |
| v. | ) | |
| | ) | **(Jury Trial Requested)** |
| Mark Cox and Larry Zimmerman d/b/a | ) | |
| Allergy Partners, Unknown Entities 1-10 | ) | |
| and John Does 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed **May 23, 2016** is appropriate for this case. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are being filed separately.

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed **May 23, 2016** requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 are attached.

(SIGNATURE PAGE ATTACHED)

1

Respectfully submitted this 21st day of June 2016,

**DORITY & MANNING, P.A.**

By: /s/ Jason A. Pittman
   Steven R. LeBlanc, Esq.
   Federal Bar No. 7000
   E-Mail: srl@dority-manning.com
   Jason Alan Pittman, Esq.
   Federal Bar No. 10270
   E-Mail: jpittman@dority-manning.com
   P.O. Box 1449
   Greenville, South Carolina 29602-1449
   Telephone: (864) 271-1592
   Facsimile: (864) 233-7342

   *Attorneys for Defendants Mark Cox and Larry Zimmerman*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/William H. Foster
   William H. Foster, Esq.
   Federal Bar No. 6221
   E-Mail Address: bill.foster@nelsonmullins.com
   104 South Main Street, Suite 900
   Greenville, SC  29601
   Telephone: (864) 250-2300

   John C. McElwaine, Esq.
   Fed. Bar No. 6710
   E-Mail Address: john.mcelwaine@nelsonmullins.com
   Liberty Building, Suite 500
   151 Meeting Street
   Post Office Box 1806 (29402)
   Charleston, SC  29401
   Telephone: (843) 853-5200

   *Attorneys for Allergy Partners, P.A.*